IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
Rome Division

| | | |
|---|---|---|
| ALETIA MOON, Individually and as next friend of James Zachary Carrier, a minor | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| vs. | ) ) | FILE NO. 4:08-CV-021 |
| ADVANCED MEDICAL OPTICS, INC. | ) ) ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S IDENTIFICATION OF EXPERT

COMES NOW, Aletia Moon, Plaintiff in this action, and identifies Lee Bryan as an expert witness retained by Plaintiff to give opinions on the life care plan needed for Zach Carrier's future treatment and care. Plaintiff has attached to this designation a copy of Ms. Bryan's Rule 26 report.

This 3rd day of August, 2009.

Respectfully Submitted,

**FRIED ROGERS GOLDBERG, LLC**


By: ___*/s/ Michael L. Goldberg*___
Michael L. Goldberg

Georgia Bar No. 299472
Andrew E. Goldner
Georgia Bar No. 297329

3399 PEACHTREE ROAD, N.E.
SUITE 325
ATLANTA, GEORGIA 30326
404-591-1800
404-591-1801(Fax)

<u>CERTIFICATE OF COMPLIANCE</u>

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This brief has been prepared in Times New Roman font, 14 point.

Dated on August 3, 2009.

FRIED ROGERS GOLDBERG LLC

*/s/ Michael L. Goldberg*
MICHAEL L. GOLDBERG
GEORGIA STATE BAR NUMBER 299472
ANDREW E. GOLDNER
GEORGIA STATE BAR NUMBER 297329

ATTORNEYS FOR PLAINTIFF

3399 PEACHTREE ROAD, N.E.
SUITE 325
ATLANTA, GEORGIA 30326
404-591-1800
404-591-1801(Fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this day electronically filed the foregoing **PLAINTIFF'S IDENTIFICATION OF EXPERT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

Z. Ileana Martinez
Thompson Hine LLP
One Atlantic Center
1201 West Peachtree Street, NW
Suite 2200
Atlanta, Georgia 30309-3449

Dated on August 3, 2009.

FRIED ROGERS GOLDBERG LLC

*/s/ Michael L. Goldberg*
MICHAEL L. GOLDBERG
GEORGIA STATE BAR NUMBER 299472
ANDREW E. GOLDNER
GEORGIA STATE BAR NUMBER 297329

ATTORNEYS FOR PLAINTIFF

3399 PEACHTREE ROAD, N.E.
SUITE 325
ATLANTA, GEORGIA 30326
404-591-1800
404-591-1801(Fax)

# *Lee Brinkley Bryan, Inc.*

| | |
|---|---|
| Client Name: | James Zachary "Zach" Carrier |
| Address: | 206 Sunset Drive, SE |
| | Calhoun, Georgia |
| Date of Birth: | May 16, 1991 |
| Referral Source: | Mr. Michael Goldberg, Attorney at Law |
| Evaluation Dates: | April 28, 2009 & June 10, 2009 |
| Report Date: | June 29, 2009 |

**Reason for Referral:**   Zach was referred to Lee Brinkley Bryan, Inc. for an assessment of his future medical and rehabilitation needs, as well as the projected cost associated with these needs throughout the remaining years of his life. Additionally, it was requested that the potential vocational implications associated with his future medical care also be identified.

**Sources of Information:** The following information was reviewed and/or utilized in the rendering of opinions contained in this report:

1. Medical Records - North Georgia Eye Care, Daniel Ahn, M.D. - January 11, 2007 to January 12, 2007;
2. Medical Records - Izak F. Wessels, M.D. - January 15, 2007 to March 9, 2007;
3. Medical Records - Jemison D. Bowers, M.D. - March 12, 2007;
4. Medical Records - Eyeworks - March 12, 2007;
5. Medical Records - James B. Randleman, M.D. - March 13, 2007 to May 27, 2008;
6. Billing Records - Allied Eye Associates, Izak F. Wessels, M.D. - January 15, 2007 to March 9, 2007;
7. Medical Records - Family Dermatology - December 8, 2004 to December 6, 2007;
8. Deposition - James Bradley Randleman, M.D. - March 11, 2009;
9. Miscellaneous Pharmacy Records - January, 2006 - February 20, 2009;
10. Life Care Plan Review - James B. Randleman, M.D - June 10, 2009 & June 24, 2009;
11. Telephone Conference - Buddy Russell, COMT, FCLSA, LDO - June 12, 2009;
12. School Records - Calhoun High School - 2005 - 2009;
13. Vocational Evaluation Interview - Lee Brinkley Bryan, Inc. - April 28, 2009;
14. Vocational Testing - Lee Brinkley Bryan, Inc. - June 10, 2009.

## Background Information

**Medical:** Zach underwent a corneal transplant on January 28, 2008. The transplant was completed in the outpatient surgical center of the Emory Eye

Clinic by James B. Randleman, M.D. The transplant was completed after treatment for a corneal infection and acanthamoeba keratitis. Dr. Randleman has continued to follow Zach since his transplant and at the time of this evaluation was being seen every six months. At the time of his transplant, his vision was described as hand movement only in the left eye and he experienced severe pain and light sensitivity. Dr. Randleman has reported that Zach has made good post surgical progress and that he is now fitted for a ridged gas permeable contact lens. Dr. Randleman has described Zach's acuity in the left eye as "good". In a meeting on June 10, 2009, Dr. Randleman indicated that he would expect Zach to experience diminished depth perception and night vision. Zach is also followed by Emory Clinic Contact Lens Technician, Mr.Buddy Russell, COMT, FCLSA, LDO who is responsible for fitting Zach with contact lens and oversees the prescription for his eyeglasses under the direction of Dr. Randleman.

Zach currently sees Mr. Russell one time every six months to check on the fit of the contact and polish the lens. He requires both the left ridged gas permeable lens and prescription glasses for correction, as well as for protection of his eyes. In a telephone consultation with Mr. Russell on June 12, 2009, he noted that Zach experiences discomfort from his contact lens and that although the type of lens used in the left eye is necessary and the safest for Zach, it is not comfortable and that it feels very different than the soft lens Zach wore previously. He stated that the glasses over the contact allows for the difference between the two eyes to be accommodated. At the time of this evaluation, Zach continued use of a topical steroid or anti-rejection anti-inflammatory medication, Pred Forte prescribed by Dr. Randleman. In a meeting with Dr. Randleman on June 10, 2009, he indicated that he ideally will discontinue this medication in the future, but is unsure if this will occur or when. He noted that the medication is used as anti-rejection medication following transplant, but use increases Zach's potential for developing cataracts or glaucoma in the years ahead. As Zach anticipates relocating to Waco, Texas to attend college in the months ahead, Dr. Randleman recommended that a treating ophthalmologic specialist be identified in Austin, Texas to manage his care in case complications occur. He noted that regular follow-up with him could be managed at every six month intervals during school break periods. Dr. Randleman has indicated that Zach will require left corneal transplants every ten (10) to fifteen (15) years throughout his life.

On June 10, 2009, Dr. Randleman provided input into Zach's Life Care Plan and reviewed a final draft of the Life Care Plan and approved the plan. On June 12, 2009, Mr. Russell completed a telephone consultation and provided his input into the Life Care Plan. The attached plan reflects the input of Zach's treating specialists.

Zach is reported to be in good general health and reported only routine general medical care. This is written as a summary of Zach's medical history and a full account should be reviewed in his complete medical record.

**Social:**  Zach Carrier is the eighteen-year-old son of Aletia Moon (age 47) and stepson of Jim Moon (age 60) and of Calhoun, Georgia.  Zach was born on May 16, 1991 in Marietta, Georgia.  Zach's stepfather and mother are currently self-employed consulting as "team builders" after owning and operating a local family restaurant "BJ's" for many years.  Mrs. Moon is also writing a cookbook based upon the recipes utilized in the restaurant. Zach has a younger sister, Sarah Ashley, who is 14 years old and recently completed the 7th grade.

In the past Zach was involved in the Civil Air Patrol and was also a member of the Calhoun High School cross country team. He stated that he had past aspirations to attend West Point and participated in these programs to support this goal. Zach has a valid driver's license and his own vehicle.

**Educational:**   Zach is a 2009 graduate of Calhoun High School in Gordon County where he completed a college preparatory diploma and participated in advanced placement coursework. While in high school, he was a member of the National Honor Society and Beta Club.  Zach was absent from school during the spring semester of his sophomore year and received hospital homebound instruction for two months. Zach reported that his absence from school resulted in him falling behind in his class ranking and that he had to work very hard upon returning to school to be a competitive candidate for college. He noted that prior to the onset of his eye infection he had been considered a very realistic candidate to attend the United States Military Academy at West Point and that this had been an aspiration for many years.  Zach indicated that he was unable to pursue this goal as he no longer met the visual requirements at West Point.  At the time of this evaluation Zach had been accepted to Baylor University in Texas and describes this as his "Plan B".

**Vocational:**    Zach is currently not employed, but reported in the vocational evaluation interview that prior to the onset of his medical condition he held a previous part time job as a waiter at his family's restaurant.  Zach expressed vocational interest in public service and entering politics. He stated that he hopes to attend law school after completion of his bachelor degree at Baylor University. Zach reported that after completing law school he hopes that he will have an opportunity to begin a career that will support his aspiration of holding political office.  Zach indicated that throughout his high school career he has had interest in the field of politics and sought out leadership opportunities.  He founded the Gordon County Teen Republicans in 2006 and was elected to the board of the Georgia Teen Republicans where he served as North Vice Chairman.  In 2006, Zach co-founded the National Association of Teen Republicans.  As a result of Zach's demonstrated leadership through organizing a non-profit or community initiative, he was inducted into the 21st Century Leaders *20 Under 20 class* in October 2008.

4

## Current Situation

During the evaluation interview, Zach reported that he experiences the following:

- light sensitivity;
- discomfort from his contact lens;
- anxiety;
- driving implications;
- eye fatigue;
- diminished ability to scan documents.

Zach reported that he continues to experience light sensitivity and is very cautious of protecting his eyes. He stated that the left contact lens causes pain, redness and irritation after two to three hours of wearing. He noted significant anxiety regarding concerns about another infection or problems with his left cornea transplant and that these concerns have even made him nervous about participating in even summer swimming activities. Zach stated that he has returned to driving activities, but noted that he drives more cautiously and "will turn his head more" often to check behind him on the left side. His parents reported in the evaluation interview that he has observed perceptual changes that are particularly noticeable when Zach drives at night. Mr. Moon noted that he does not feel that Zach judges distances well and Zach also reported that he does not feel as comfortable driving at night. He described himself as generally driving slower than prior to his transplant. Zach denied any difficulties with activities of daily living. He admitted dread regarding future transplants due to the intense pain he experienced following the surgery and the time missed from school following his 2008 transplant.

Zach reported that prior to his cornea transplant he was a member of the Debate Team at his high school. He stated that due to the volume of reading required to participate in the debates and the eye fatigue he experiences when rapidly scanning written documents he left the team. Zach did not seek academic accommodations available to students with visual limitations while in high school coursework, but did seek additional time as a testing accommodation for his SAT college entrance exam this year. He indicated that he plans to register with the disability services office on campus at Baylor University in order to have access to academic accommodations should he need them due to his limitations in visual scanning and eye fatigue. Zach noted that he anticipates a higher volume of reading will be required at the post secondary level and he feels that he may need additional time to complete tests and possibly accommodations for testing format.

## Tests Administered & Results

Zach completed vocational testing during his rehabilitation assessment. The *Kaufman Brief Intelligence Test - 2nd Edition* was administered to assess his intellectual functioning. Zach's results were indicative of average verbal

intellectual functioning, average nonverbal intellectual functioning and average overall intellectual functioning. His standard scores are noted below:

|  | Standard Score | Descriptor |
|---|---|---|
| Verbal | 99 | Average |
| Nonverbal | 115 | Average |
| IQ Composite | 109 | Average |

Zach was administered the *Perceptual Memory Task* to assess focused attention and learning style. His results:

|  | Standard Score | Descriptor |
|---|---|---|
| Spatial Concept Memory | 115 | Average |
| Immediate Recall | 123 | Above Average |
| Sequential Memory | 125 | Above Average |
| Recent Memory | 103 | Average |
| Auditory Information Processing | 118 | Above Average |
| Visual Information Processing | 130 | Above Average |
| **Immediate Recall** | | |
| Immediate Auditory Recall | 120 | Above Average |
| Immediate Visual Recall | 125 | Above Average |
| **Sequential Memory** | | |
| Sequential Auditory Memory | 115 | Average |
| Sequential Visual Memory | 135 | Above Average |

## Summary and Conclusions

Zach is an 18-year old young man who underwent a left eye corneal transplant on January 28, 2008. His treating specialist, James B. Randleman, M.D. has indicated that he has made good progress to date, but will continue follow-up on a regular basis. He continues to be prescribed a topical steroid to help prevent rejection of the transplant. Dr. Randleman has indicated that he would ideally like to discontinue this medication due to the risk of the development of glaucoma and cataracts associated with use of topical steroid medications, but is unsure of when or if the medication will be discontinued. He has also indicated that he anticipates that Zach will have to undergo additional left corneal transplants every ten (10) to fifteen (15) years of his life and will face the risk of blindness in his left eye should failure of future transplants occur.

Zach has experienced a medical condition that has left him reportedly anxious and fearful of something happening in the future to his eyes. He also experiences discomfort involving the use of the contact lens necessary for his left eye post transplant. Zach and his parents report changes in his perceptual abilities that are observed to be worse while driving at night. Dr. Randleman has indicated that these changes are to be expected and associated with changes in depth

perception and night vision. Zach reported that he also has experienced changes in his speed of scanning visual information and that he experiences eye fatigue. Despite these problems, he completed high school and continued participation in advanced placement coursework.

Prior to the onset of his medical condition, Zach reported that he had plans to pursue acceptance to the U.S. Military Academy at West Point. He indicated that he felt he was "on track" to realize this goal. As he no longer met the vision requirements of applicants, Zach had to develop another plan for post-secondary training and has been accepted at Baylor University. Individuals throughout their life experience life situations that require transitions into a "new sense of norm". These changes can be associated with both positive and negative life experiences. Zach has had to experience a "new norm' associated with a very negative life experience at a very young age. Positively, his coping skills and a supportive family have allowed him to develop alternate plans and move forward in his life. In the best case scenario, it is hoped that his coping skills and motivation for future aspirations allow him to realize his goals in the future. The future social, personal and recreational implications of living with a corneal transplant, however, cannot be quantified at this time, but it is felt that as he anticipates and experiences future transplants that he will be at risk for implications in these areas.

While Zach is a highly ambitious and intelligent young man, it is my opinion that his college years will be a period of additional assessment regarding the educational implications of the eye fatigue, discomfort and problems with visual scanning he has experienced since his transplant. As he will face his highest level of academic demands in the years ahead, problems in these areas place him at risk for additional stress and potential barriers in reaching his future goals should he experience academic problems at the post-secondary level associated with his visual limitations or future transplant complications. Should these problems occur they could not only impact matriculation, but potentially could also impact his accuracy and productivity in future employment. In a worst case scenario and barriers are identified that impact Zach reaching his goals, additional adjustment issues could be quite significant in his educational and vocational planning.

As future transplants have been indicated that will potentially occur at junctures throughout his work life, he will be at risk to experience problems in developing and maintaining career momentum, as well as the risk for loss of earnings during transplant periods. Depending upon his career stage, the timing of a transplant could also impact his ability to vie for promotional opportunities and accept work assignments. Should Zach experience vision loss in the years ahead that impacts his ability to perform work tasks, he could also experience career challenges that could include at minimum the need for assistive work technology, competition for positions and assignments with those with normal sight and at worst, an earlier exit from the workforce.

The attached Life Care Plan reflects Zach's future medical and rehabilitation needs.  Should further information be made available in the future, I will maintain the right to amend the opinions contained in this report.

Lee Brinkley Bryan, M.Ed., C.R.C., C.V.E.

8
Client: James Zachary Carrier
DOB:  May 16, 1991

Lee Brinkley Bryan, Inc.

*Life Care Plan*

Report Date:  June 26, 2009
DOI: December, 2007

| Projected Evaluation | | | |
|---|---|---|---|
| Evaluation | Date Started<br>Dated Ended | Frequency | Cost<br>Per Year |
| Ophthalmologist | 2009 | 1 visit | $165/visit = 2009 = $165/year |
|  | 2010 – Life Expectancy | 2 visits a year and PRN | $165/visit = 2000 – On= $330/year |
| Contact Lens Technician | 2009 | 1 visit | $65/visit = 2009 = $65/year |
|  | 2010 – Life Expectancy | 2 visits a year and PRN | $65/visit = 2010 – LE = $130/year |
| Psychiatrist | 2009 – Life Expectancy | PRN | $302/visit = 2009 - On = PRN = $0/year |
| Low Vision Specialist | 2009 – Life Expectancy | PRN | $975/visit = 2009 – On= PRN = $0/year |

Totals:
2009 = $230/year
2010 – On = $460/year

8

9
Client: James Zachary Carrier
DOB:   May 16, 1991

Lee Brinkley Bryan, Inc.

Report Date:  June 26, 2009
DOI: December, 2007

*Life Care Plan*

| Projected Therapeutic Services | | | |
|---|---|---|---|
| Evaluation | Date Started/<br>Date Ended | Frequency | Cost<br>Per Year |
| Adjustment Counseling | 2009 – Life Expectancy | 8 -12 visits | $175/visit = 2009 –<br>LE = $31/year |

These services are recommended to assist in adjustment to his cornea transplant and during future transplant periods. With complications, additional services may be needed.

Life expectancy calculated through 2065 based upon the *Georgia Annuity Mortality Table for 1949, Ultimate.*

Totals:
2009 - On = $31/year

10
Client: James Zachary Carrier
DOB:   May 16, 1991

Lee Brinkley Bryan, Inc.

*Life Care Plan*

Report Date:  June 26, 2009
DOI: December, 2007

| | | Projected Medical Care | |
|---|---|---|---|

| Evaluation | Date Started/ Date Ended | Frequency | Cost Per Year |
|---|---|---|---|
| Topography | 2009 - Life Expectancy | PRN | $134/each = 2009 - On = PRN = $0/year |
| Corneal Thickness Measurement | 2009 - Life Expectancy | PRN | $164/each = 2009 - On = PRN = $0/year |
| Endothelial Cell Count | 2009 - Life Expectancy | PRN | $544/each = 2009 - On = PRN = $0 |
| Cornea Foreign Body Removal | 2009 - Life Expectancy | PRN | $307/each = 2009 - On = PRN = $0 |

Totals:
2009 - On = PRN = $0/year

11
Client: James Zachary Carrier
DOB:   May 16, 1991

Lee Brinkley Bryan, Inc.

*Life Care Plan*

Report Date:  June 26, 2009
DOI: December, 2007

| | | | |
|---|---|---|---|
| Optical Needs | | | |

| Equipment | Purchase Years | Replacement | Cost Per Year |
|---|---|---|---|
| Outdoor eye protection Safety goggles | 2009 – Life Expectancy | 1 time every 2 years 2 years | $320/year = 2009 – On = $160/year |
| Prescription swimming Goggles | 2009 – Life Expectancy | 1 time every 2 years | $320/year = 2009 – On = $160/year |
| Prescription glasses | 2011 – Life Expectancy | 1 time every 2 years | $445/each = 2011 – On = $225/year |
| Rigid gas permeable contact lens | 2011- Life Expectancy | 1 time every 2 years | $96/each = 2011 – On = $96/year |
| Prescription sunglasses | 2011-Life Expectancy | 1 time every 2 years | $445/each = 2011 – On = $225/each |

It is projected that Zach's cost of optical care prior to the onset of infection and corneal transplant would have been approximately $200 - $450 per year for optometry evaluation and contact lens/glasses.

Totals:
2009 - 2010 = $320/year
2011 - On = $866/year

11

12

Client: James Zachary Carrier
DOB:   May 16, 1991

Lee Brinkley Bryan, Inc.

*Life Care Plan*

Report Date:  June 26, 2009
DOI: December, 2007

| Medications | | | | |
|---|---|---|---|---|
| Medication/Supply | Frequency | Purpose | Per Unit Cost | Cost Per Year |
| Pred Forte - 1 % suspension 5 ml | 1 every 2 months | Anti-inflammatory/ immune rejection | $45/each | $45/each = 2009 - On = $270/year |

This medication is currently prescribed by Dr. Randleman and is subject to change with potential complications. The dosage of the above medication will also increase following future cornea transplants or should complications occur. These potential costs cannot be quantified at this time.

Totals:
2009 - On = $270/year

12

13
**Client: James Zachary Carrier**
**DOB:   May 16, 1991**

**Lee Brinkley Bryan, Inc.**

*Life Care Plan*

**Report Date:  June 26, 2009**
**DOI: December, 2007**

| | | | |
|---|---|---|---|
| **Vocational/Educational Needs** | | | |
| **Recommendation** | **Date Started/ Date Ended** | **Frequency** | **Cost Per Year** |
| Vocational Evaluation | 2009 - 2055 | PRN | $750/each = 2009 - 2055 = PRN = $0/year |
| Vocational Rehabilitation Counseling | 2009 - 2055 | 9-10 hours | $75/hour = 2009 - 2055 = $15/year |

Should Zach experience complications in the future, the need for additional vocational services will potentially increase.

Totals:
2009 - 2055 = $15/year

Retirement age is estimated to be 67, in the year 2056.

13

14
Client: James Zachary Carrier
DOB:   May 16, 1991

Lee Brinkley Bryan, Inc.

Report Date:  June 26, 2009
DOI: December, 2007

*Life Care Plan*

| Transportation | | | | |
|---|---|---|---|---|
| Equipment | Year Purchased | Replacement Schedule | Equipment Purpose | Cost Per Year |
| Budget for Adaptive Driving Aids | 2009 - Life Expectancy | 3 - 5 years | assist in driving | $195/each = 2009 - On = $49/year |

Life expectancy calculated through 2065 based upon the *Georgia Annuity Mortality Table for 1949, Ultimate.*

Totals:
2009 – On = $49/year

14

15
Client: James Zachary Carrier
DOB:  May 16, 1991

Lee Brinkley Bryan, Inc.

*Life Care Plan*

Report Date:  June 26, 2009
DOI: December, 2007

| Aggressive Interventions | | | | |
|---|---|---|---|---|

| Description/Frequency | Date Started/ Date Ended | Frequency | Cost Per Intervention | Cost Per Year |
|---|---|---|---|---|
| Contact Lens Polishing | 2009 | 1 time | $65/visit | $65/visit = 2009 = $65 |
|  | 2010 – Life Expectancy | 1 time every 6 months | $65/visit | $65/visit = 2010 – On = $130/year |
| Ptosis Repair | 2010 | 1 time | $3,500/each | $3,500/each = 2010 = $3,500 |
|  | 2011 – Life Expectancy | PRN | $3,500/each | $3,500/each = 2011 – On = PRN = $0 |
| Contact Lens Refitting | 2011 – Life Expectancy | 1 time every 2 years | $170/visit | $170/visit = 2011 – On = $85/year |

Dr. Randleman has recommended ptosis repair for cosmetic purposes to lift the left eyelid and to allow full vision with the left eye.

16                                    Lee Brinkley Bryan, Inc.
Client: James Zachary Carrier                                    Report Date: June 26, 2009
DOB:   May 16, 1991                                              DOI: December, 2007
                                      *Life Care Plan*

| Aggressive Interventions | | | | |
|---|---|---|---|---|
| Description/Frequency | Date Started/ Date Ended | Frequency | Cost Per Intervention | Cost Per Year |
| **Cornea Transplants** | | | | |
| Transplants | 2020 - Life Expectancy | 1 time every 10 - 15 years* | $13,000 | $13,000/each** = 2020 - On = $1,040/year |
| Additional MD Visits | 2020 – Life Expectancy | 4 - 6 visits per transplant* | $165/visit | $825/each = 2020 - On = $66/year |

Life expectancy calculated through 2065 based upon the *Georgia Annuity Mortality Table for 1949, Ultimate.*

\*   frequency per James Bradley Randleman, M.D.

\*\* Research indicates a national average cost ranging from $7,500 - $11,000. Ambulatory surgery data collected from the U.S. Department of Health and Human Services' Agency for Health Care Quality reported a mean change in 2003 of $9,900. Zach's charges were approximately $13,000 in 2008. In his input into this Life Care Plan, Dr. Randleman indicated that the cost of future transplants will increase due to interventions to reduce the potential for rejection and infection.

Totals:
2009 = $65/year                        2011 – 2019 = $215/year
2010 = $3,630/year                     2020 - On = $1,321/year

16

17
Client: James Zachary Carrier
DOB:  May 16, 1991

Lee Brinkley Bryan, Inc.

*Life Care Plan*

Report Date:  June 26, 2009
DOI: December, 2007

| Potential Complications | | |
|---|---|---|

| Description | Cost Per Incidence | Reference |
|---|---|---|
| Treatment for depression | | Research - Lee Brinkley Bryan, Inc. (2009) |
|     Anti- Depressant Prescription Medications | $1,000 - $2,000/year | |
|     Additional psychiatrist visits | $302/visit | |
| Treatment of eye infection | | Research - Lee Brinkley Bryan, Inc. (2009) |
|     Additional Ophthalmologist Visits | $165/visit | |
|     Prescription Medications Eye Drops | | |
|         Zymar | $74/each prescription | |
|         Vigamox | $73/each prescription | |
|     Antibiotic tablets | | |
|         Predforte | $45 - $60/each prescription | |
| Treatment of cataracts | $3,000 to $4,000/year | Research- Lee Brinkley Bryan, Inc. (2009) |

18
Client: James Zachary Carrier
DOB:  May 16, 1991

Lee Brinkley Bryan, Inc.

*Life Care Plan*

Report Date:  June 26, 2009
DOI: December, 2007

| Potential Complications | | |
| --- | --- | --- |
| **Description** | **Cost Per Incidence** | **Reference** |
| Treatment of glaucoma | | Research – Lee Brinkley Bryan, Inc. (2009) |
| Medications | $200 - $900/yearly | |
| Trabeculotomy | $2,983/each | |
| Glaucoma Tube Shunt Surgery | $3,850/each | |
| Post Surgery Medications | $45 - $88/each | |
| Additional Ophthalmologist Vsits | $165/visit | |

If, for any reason, Zach further losses sight in either or both of his eyes, he will be at risk for further complications and lifelong costs that could potentially include low vision therapy, orientation and mobility training and training in assistive technology useful to individuals with low vision or blindness.

Input into this Life Care Plan was provided by James Bradley Randleman, M.D. on June 10, 2009. A final review and approval of the Life Care Plan took place on June 24, 2009.

18

19

**Lee Brinkley Bryan, Inc.**

Client: James Zachary Carrier

DOB: May 16, 1991

Date: June 26, 2009

DOI: December

| | | *Summary of Costs - Life Care Plan* | | |
|---|---|---|---|---|

| | 2009 | 2010 | 2011-2019 | 2020 - 2055 | 2056 - On |
|---|---|---|---|---|---|
| Projected Evaluation | $230 | $460 | $460 | $460 | $460 |
| Projected Therapeutic Services | $31 | $31 | $31 | $31 | $31 |
| Projected Medical Care | $0[1] | $0[1] | $0[1] | $0[1] | $0[1] |
| Optical Needs | $320 | $320 | $866 | $866 | $866 |
| Medications | $270 | $270 | $270 | $270 | $270 |
| Vocational/ Educational Needs | $15 | $15 | $15 | $15 | $0 |
| Transportation | $49 | $49 | $49 | $49 | $49 |
| Aggressive Interventions | $65 | $3,630 | $215 | $1,321 | $1,321 |
| Totals | $980 | $4,775 | $1,906 | $3,012 | $2,997 |

20

**Lee Brinkley Bryan, Inc.**

Life Care Plan

Client:  James Zachary Carrier

Date:  June 26, 2009
DOI:  December, 2007

| Lifetime Totals |
| --- |

| Year | Cost | Year | Cost |
| --- | --- | --- | --- |
| 2009 | $980 | 2040 | $3,012 |
| 2010 | $4,775 | 2041 | $3,012 |
| 2011 | $1,906 | 2042 | $3,012 |
| 2012 | $1,906 | 2043 | $3,012 |
| 2013 | $1,906 | 2044 | $3,012 |
| 2014 | $1,906 | 2045 | $3,012 |
| 2015 | $1,906 | 2046 | $3,012 |
| 2016 | $1,906 | 2047 | $3,012 |
| 2017 | $1,906 | 2048 | $3,012 |
| 2018 | $1,906 | 2049 | $3,012 |
| 2019 | $1,906 | 2050 | $3,012 |
| 2020 | $3,012 | 2051 | $3,012 |
| 2021 | $3,012 | 2052 | $3,012 |
| 2022 | $3,012 | 2053 | $3,012 |
| 2023 | $3,012 | 2054 | $3,012 |
| 2024 | $3,012 | 2055 | $3,012 |
| 2025 | $3,012 | 2056 | $2,997 |
| 2026 | $3,012 | 2057 | $2,997 |
| 2027 | $3,012 | 2058 | $2,997 |
| 2028 | $3,012 | 2059 | $2,997 |
| 2029 | $3,012 | 2060 | $2,997 |
| 2030 | $3,012 | 2061 | $2,997 |
| 2031 | $3,012 | 2062 | $2,997 |
| 2032 | $3,012 | 2063 | $2,997 |
| 2033 | $3,012 | 2064 | $2,997 |
| 2034 | $3,012 | 2065 | $2,997 |
| 2035 | $3,012 | | |
| 2036 | $3,012 | | |
| 2037 | $3,012 | | |
| 2038 | $3,012 | | |
| 2039 | $3,012 | | |

Total: $161,311

Life Expectancy projected through 2065 per the *Georgia Annuity Mortality Tables for 1949, Ultimate.*

Lee Brinkley Bryan
Deposition/Testimony List

| Client Name | Court | Case Number | Depo Date | Testimony Date | Style |
|---|---|---|---|---|---|
| Lumpkin, Sarai | State Court of DeKalb Co., State of Georgia | 07171931-1 | 4/29/2009 | | Sarai Anih Lumpkin, a minor, by & through her parents, Jacquette M. Jackson & Joseph L. Lumpkin, II & Jacquette M. Jackson & Joseph L. Lumpkin, II, individually v. The Emory Clinic, Inc. & Stephen H. Weiss, M.D. |
| Romano, Travis | United States District Court, Southern District of GA, Savannah District | CV408-121 | 12/2/2008 | | Travis Romano v. Interstate Express, Inc. et al |
| Roberts, Patsy | Superior Court of Mecklenburg Co., State of NC | 2007-CvS-4001 | 10/27/2008 | | Patsy W. Roberts & Husband, David L. Roberts, v. N. Neil Howell, M.D., Charlotte Eye, Ear, Nose & Throat Associates, PA, a NC Professional Association, Jimmie Warren Adcock, M.D., et al |
| Cobb, Chelsea | State Court of Watauga Co., State of NC | 07-CvS-479 | 4/25/2008 | 8/26/2008 | Chelsea Amanda Brooke Cobb, & through Andrea N. Capua, her Guardian ad Litem: Robert B. Cobb, Father of Plaintiff, Individually, v. town of Blowing Rock, a Municipal Corporation, & City of Blowing Rock, a Municipal Corporation |
| Powell, Robert Scott | State Court of Clayton Co., State of GA | 2008CV05243C | 10/13/2008 | | Robert Scott Powell v. Swift Transportation Co., Inc., & Joseph Austell |
| Johnson, Harold | State Court of Cobb Co., State of GA | 2008A2347-2 | 9/8/2008 | | Harold Johnson v. Protective Insurance Co., Philbert Jenkins & Old Dominion Freight Line, Inc. |
| Catchings, Cynthia | Superior Court of Rockdale Co., State of GA | 2006CV2402 | | 2/27/2008 | Cynthia Catchings v. Timothy T. Catchings, M.D. |
| Cruz, Leonel | State Board of Workers' Comp. State of GA | 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 | | | Leonel A. Cruz, Employee v. Aubrey Silvey Enterprises & AIG, Employer/Insurer |
| Butler, Ralph | Superior Court of Lamar Co., State of GA | 06-B-412F | 7/27/2007 | | Ralph Eugene Butler v. Shalanna Velencia Banks |
| Wilson, Sandra | General Court of Justice, Superior Court Division, State of NC, County of Haywood | 06-CVs-00916 | 3/6/2007 | | Sandra Wilson & Keith Wilson v. Todd Guthrie, M.D. & Park Ridge Orthopedics, P.A. |
| Chen, Winson | State Court of Fulton Co., State of GA | 04-vs-067587-J | 2/20/2006 | | Winson Chen v. American Honda Motor Co., Inc. et al, Steven Alexander Rennie, BP Corporation North America, Pacific Employers Insurance Co., et al. |
| Coon, Troy | State Court of Fayette Co., State of GA | 05-SV-395 | 2/24/2006 | | Troy Coon v. William Oswald |
| Ferguson, Terrica | Superior Court of Fulton Co., State of GA | 2004-CV-89831 | 6/23/2006 | | Vicki Ferguson, mother & next friend of Terrica Ferguson, a minor v. Fulton DeKalb Hospital, d/b/a/ Grady Health System, Dr. David Goo & Dr. Louis Smith |
| Hood, Brandon | State Court of Clayton Co., State of GA | 2003-CV02712C | 9/13/2005 | 8/2/2006 | Kathy Elaine Hood V. Southern Regional Health Systems et al & Joyce Y. Harris-Landers, R.N. |
| Keeter, Brennan | First Circuit Court for Davidson Co., TN | 02C2883 | 2/23/2006 | | Jeralyn L. Keeter & William J. Keeter on behalf of Brennan M. Keeter v. Women's Care Specialists, et al, Tender Beginnings Birthing Service, et al, Summit Medical Center et al. |
| Lee, Katoria | State Court of Clayton Co., State of GA | 2004-CV-01120-E | 3/23/2006 | 8/4/2006 | Katoria Lee v. Wal-Mart Store, Inc. & Eric Deown Riggins |
| Raysor, Avis | Superior Court of Camden Co., State of GA | 04-VO-796-W14 | 7/25/2006 | | Avis Raysor et al. v. Emily Hoff-Sullivan, M.D. |

**Lee Brinkley Bryan**
**Deposition/Testimony List**

| | | | | | |
|---|---|---|---|---|---|
| Weldon, Jody | Superior Court of Forsyth Co., State of GA | 04-074 | 1/27/2006 | | Miley Joseph Weldon v. Sawnee EMC & Trenton Joe Sexton |
| Ketchup, George | Superior Court of Mecklenburg Co., State of NC | 03-CVS-11395 | 7/30/2004 | | George F. Ketchup, III v. Paaras, Inc. & Ramada Franchise Systems, Inc. et al. |
| Walker, Kimberly | State Court of Cobb Co., State of GA | 02-A-2186-1 | 8/19/2004 | 8/26/2004 | Kimberly D. Walker & Scott M. Walker v. Advanced Surgical Group of NW Georgia, Marietta OB-GYN Affiliates & Wellstar Health System, et al. |
| Weinstein, Clinton | State Court of Fulton Co., State of GA | 03-VS-053974D | 5/17/2004 | | Clinton Weinstein v. Provident Life & Accident Insurance Co. |
| Dillon, Adam | State Court of Cobb Co., State of  GA | 2000-A-51-1 | 6/16/2000 | | Adam Dillon b/n/f Lisa Hulslander et al. v. Jack M. Rawlings, III & Ray Rawlings |

# Fee Schedule

### Lee Brinkley Bryan, M.Ed., C.R.C., C.V.E.

## 1.  Fee Structure

All professional time, including travel hours will be billed. (Travel time is billed at half-hourly fees, portal to portal.) The following hourly rate for the services of Ms. Lee Brinkley Bryan, M.Ed., C.R.C., C.V.E. are currently in effect:

| Hourly Rate | Category |
|---|---|
| $195 | Professional Services |
| $195 | Testimony/Trial |
| Negotiable | Training Development & Facilitation |

A minimum retainer of $1,500 is required prior to initiation of professional services.

## 2.  Reimbursable Expenses

a)  Travel expenses necessary for the execution of the services, including rail, taxi, bus, air, rental vehicles and highway mileage which will be charged at 44.5 cents per mile.

The following expenses will be billed at direct cost:

b)  Accommodations, airfare, rental vehicles, at cost.

c)  Other project expenses:  photocopying, research costs, etc.

d)  Shipping/courier services.

Lee Brinkley Bryan, Inc. (2009)

525 Prince Avenue

Athens, Georgia 30601