# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ALETIA MOON and JAMES ZACHARY CARRIER | : <br> : <br> : |
| Plaintiffs, | : Civil Action File No. <br> : 4:08-CV-021-HLM |
| vs. | : |
| ADVANCED MEDICAL OPTICS, INC., | : <br> : |
| Defendant. | : <br> : |

## NOTICE OF TAKING VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE, that at 11:00 a.m. (CST) on **September 10, 2010** at Regis, 180 N. Stetson Avenue, Suite 3500, Chicago, IL 60601 (312) 268-5800 and locally at the offices of Courtroom Connect, 4360 Chamblee Dunwoody Road, Suite 410, Atlanta, Georgia 30341, the Plaintiff in the above-styled civil action will, pursuant to Federal Rules of Civil Procedure Rule 30 take the testimony of PAIGE REICHARDT in the above-captioned matter. The deposition will be taken by videoconference before a court reporter and videographer and will be taken for use as evidence at trial.

Dated on August 24, 2010.

                      FRIED ROGERS GOLDBERG LLC

                      */s/ Michael L. Goldberg*
                      MICHAEL L. GOLDBERG
                      GEORGIA STATE BAR NUMBER 299472
                      ATTORNEYS FOR PLAINTIFF

3399 PEACHTREE ROAD, N.E.
SUITE 325
ATLANTA, GEORGIA 30326
404-591-1800

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This brief has been prepared in Times New Roman font, 14 point.

By: _/s/ Michael L. Goldberg_
MICHAEL L. GOLDBERG

.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF VIDEOTAPED DEPOSITION with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Z. Ileana Martinez
> Thompson Hine LLP
> One Atlantic Center
> 1201 West Peachtree Street
> Suite 2200
> Atlanta Georgia 30309

Dated on August 24, 2010.

        FRIED ROGERS GOLDBERG LLC

        */s/ Michael L. Goldberg*
        MICHAEL L. GOLDBERG
        GEORGIA STATE BAR NUMBER 299472

3399 PEACHTREE ROAD, N.E.
SUITE 325
ATLANTA, GEORGIA 30326
404-591-1800