IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ALETIA MOON and ZACHARY CARRIER ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 4:08-CV-021-HLM |
| ADVANCED MEDICAL OPTICS, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ADVANCED MEDICAL OPTICS INC.'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ALLEGED OTHER SIMILAR INCIDENTS

Defendant Advanced Medical Optics Inc. (n/k/a Abbott Medical Optics Inc.) ("AMO"), files this Motion in Limine to Exclude Evidence of Alleged Other Similar Incidents pursuant to Federal Rules of Evidence 402 and 403. Because Plaintiffs will be unable to establish any substantial similarity between any other lawsuit, claim, or incident and the incident allegedly giving rise to Plaintiffs' claims in this lawsuit, such evidence is irrelevant to the issues in this case and is inadmissible. In support of this Motion, AMO submits its Memorandum of Law filed simultaneously herewith.

Respectfully submitted, this 6th day of December.

[Signatures on following page].

THOMPSON HINE LLP


BY: /s/ Z. Ileana Martinez
    Z. Ileana Martinez
    Georgia State Bar No. 474660
    Leslie J. Suson
    Georgia State Bar No. 142162
    Attorneys for Defendant

One Atlantic Center, Suite 2200
1201 West Peachtree Street
Atlanta, Georgia 30309-3449
Telephone: (404) 541-2900
Facsimile: (404) 541-2905
Email: Ileana.Martinez@ThompsonHine.com
Leslie.Suson@ThompsonHine.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **ADVANCED MEDICAL OPTICS INC.'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ALLEGED OTHER SIMILAR INCIDENTS** upon all parties to this matter via electronic filing and/or U.S. Mail addressed to the counsel of record as follows:

Michael L. Goldberg, Esq.
Fried Rogers Goldberg LLC
3399 Peachtree Road, NE
The Lenox Building, Suite 325
Atlanta, Georgia  30326-2835
PH: (404) 591-1800; FX: (404) 591-1801

This 6th day of December, 2010.

            THOMPSON HINE LLP

            BY: /s/ Z. Ileana Martinez
                Z. Ileana Martinez, GA Bar. 474660
                Leslie J. Suson, GA Bar. 142162
                Attorneys for Defendant

One Atlantic Center, Suite 2200
1201 West Peachtree Street
Atlanta, Georgia 30309-3449
Telephone:  (404) 541-2900
Facsimile:   (404) 541-2905
Email: Ileana.Martinez@ThompsonHine.com
Leslie.Suson@ThompsonHine.com

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in LR 5.1B. Specifically, Times New Roman was used in 14 point.

So certified this 6th day of December, 2010.

/s/ Z. Ileana Martinez
Georgia Bar No. 474660
Leslie J. Suson
Georgia Bar No. 142162
Counsel for Defendant

THOMPSON HINE LLP
One Atlantic Center, Suite 2200
1201 West Peachtree Street
Atlanta, Georgia 30309-3449
Telephone:  (404) 541-2900
Facsimile:   (404) 541-2905
Email: Ileana.Martinez@ThompsonHine.com
Leslie.Suson@ThompsonHine.com