IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
Rome Division

| | | |
|---|---|---|
| ALETIA MOON and ZACHARY CARRIER | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | FILE NO. 4:08-CV-021HLM |
| ADVANCED MEDICAL OPTICS, INC. | ) ) ) ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION IN LIMINE

COME NOW Plaintiffs Aletia Moon and Zachary Carrier, and move the Court for an order limiting the introduction of evidence and argument of counsel as to certain irrelevant, prejudicial and otherwise inadmissible matters. It is anticipated that Defendant's counsel will, or may attempt, to introduce evidence concerning these matters and that objections interposed in the presence of the jury would not adequately protect the Plaintiffs from the prejudicial effect and would likely raise improper inferences and distract the jury from its true purpose. Accordingly, Plaintiffs respectfully request the Court to enter an order excluding evidence or any mention in the presence of the jury as to the following matters:

1. Collateral Source

2. Testing of Contact Lens or Case

3. Exclusion of Opinions of Dr. Cabral and Dr. Miller

4. Adverse Events from Other Products

5. Pamphlets or Guides from Other Products

6. Financial Loss from Recall

7. Warning Letters to Bausch & Lomb

Plaintiffs' Motion is more fully explained in the accompanying Memorandum of Law in Support of Plaintiffs' Motion in Limine, and the pleadings and consolidated pre-trial order in this case.

Dated on December 6, 2010.

FRIED ROGERS GOLDBERG LLC

/s/ Michael L. Goldberg
MICHAEL L. GOLDBERG
GEORGIA STATE BAR NUMBER 299472
ATTORNEYS FOR PLAINTIFF

3399 PEACHTREE ROAD, N.E.
SUITE 325
ATLANTA, GEORGIA 30326
404-591-1800

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This brief has been prepared in Times New Roman font, 14 point.

        By:   */s/ Michael L. Goldberg*
              MICHAEL L. GOLDBERG

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing PLAINTIFFS' MOTION IN LIMINE with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Z. Ileana Martinez
Thompson Hine LLP
One Atlantic Center
1201 West Peachtree Street
Suite 2200
Atlanta Georgia 30309

Dated on December 6, 2010.

FRIED ROGERS GOLDBERG LLC

*/s/ Michael L. Goldberg*
MICHAEL L. GOLDBERG
GEORGIA STATE BAR NUMBER 299472

3399 PEACHTREE ROAD, N.E.
SUITE 325
ATLANTA, GEORGIA 30326
404-591-1800