IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
Rome Division

| | |
|---|---|
| ALETIA MOON and ZACHARY CARRIER ) ) ) | |
| Plaintiffs, ) | CIVIL ACTION |
| vs. ) ) | FILE NO. 4:08-CV-021HLM |
| ADVANCED MEDICAL OPTICS, INC. ) ) ) ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, Aletia Moon, Zachary Carrier and Advanced Medical Optics, Inc., the parties to the above-styled case, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-styled case with prejudice.

This the 24th day of May, 2011.

Stipulated to:

/s/ Michael L. Goldberg
MICHAEL L. GOLDBERG
Georgia Bar No. 299472
Attorney for Plaintiff
FRIED ROGERS GOLDBERG LLC
3399 Peachtree Road, N.E., Suite 325
Atlanta, Georgia 30326
(404) 591-1800
Michael@frg-law.com

/s/ Ileana Martinez
Z. ILEANA MARTINEZ
Georgia Bar No. 474660
Attorney for Defendant
THOMPSON HINE, LLP
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
(404) 541-2900
Ileana.Martinez@ThompsonHine.com

CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This brief has been prepared in Times New Roman font, 14 point.

By:    */s/ Michael L. Goldberg*
MICHAEL L. GOLDBERG
Georgia Bar No. 299472

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

Z. Ileana Martinez
Thompson Hine LLP
3560 Lenox Road
Suite 1600
Atlanta, Georgia 30326
Attorney for Defendant AMO

This 24th day of May, 2011.

By:    */s/ Michael L. Goldberg*
MICHAEL L. GOLDBERG
Georgia Bar No. 299472